IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FERNANDO PALOMARES<br>AND DIANE C. PALOMARES<br>    Plaintiffs<br><br>VS.<br><br>RICHARD LEE ROZAS AND<br>TANNER SERVICES LLC | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>5:17-cv-261-XR |

## NOTICE TO COURT OF SETTLEMENT

The parties have reached a resolution in principle as to all claims and controversies in this case.  The parties request that the Court grant them thirty (30) days to finalize settlement and to file a stipulation of dismissal with the Court.  The parties further ask that the Court relieve them of all other deadlines currently pending in this matter.

Respectfully submitted,

By:   /s/ Michael M. Guerra
MICHAEL M. GUERRA
Tex. Bar No. 00787603
mike@mmguerra.com
MICHAEL K. BURKE
Tex. Bar No. 24012359
mburke@mmguerra.com

*Attorney-In-Charge for Plaintiffs*

**LAW OFFICES OF MICHAEL M. GUERRA**
3707 N. St. Mary's Street
Ste. 200
San Antonio, Texas 78212
(210) 802-6095 – Telephone
(888) 317-8802 – Facsimile

AND

JOSE A. RAMIREZ
Tex. Bar No. 24065942
joeramirezlawfirm@hotmail.com &
joe@jramirezlawgroup.com
**RAMIREZ LAW GROUP PLLC**
214 West Cano St.
Edinburg, Texas 78539-4324
(956) 383-3400 – Telephone
(956) 383-3401 – Facsimile

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served upon and forwarded to the following counsel of record on this the 16th day of May 2018.

A.J. DIMALINE IV
Email: adimaline@bpgrlaw.com
DAVID A. DuBOIS
Email: dadubois@bpgrlaw.com
BROCK PERSON GUERRA REYNA, P.C.
17339 Redland Road
San Antonio, Texas  78247-2304
T: (210) 979-0100 | F: (210) 979-7810

CHARLES W. HURD
Email:  ovrhurd@yahoo.com
115 River Crossing
Boerne, Texas 78006
T:  713.252.0382

/s/ Michael M. Guerra
Michael M. Guerra