# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| FERNANDO PALOMARES AND DIANE C. PALOMARES, § § § *Plaintiffs*, § § *v.* § § RICHARD LEE ROZAS AND TANNER SERVICES LLC, § § § *Defendants*. § § | Civil Action No.  SA-17-CV-261-XR |

## ORDER

The parties have informed the Court that they have reached a settlement in this case. Docket no. 74. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including the trial date, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **June 15, 2018**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so ORDERED.

SIGNED this 16th day of May, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE