FILED
JUN 27 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

3440823-26 JUDGMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FERNANDO PALOMARES AND DIANE C. PALOMARES<br>Plaintiffs | § § § § | |
| VS. | § § | 5:17-CV-261 XR |
| RICHARD LEE ROZAS AND TANNER SERVICES LLC | § § § | |

### FINAL JUDGMENT

On the 27th day of June, 2018, came the Plaintiffs **FERNANDO PALOMARES AND DIANE PALOMARES** by and through their attorney, and came the Defendants **RICHARD LEE ROZAS AND TANNER SERVICES, LLC** by and through their attorney of record and announced to the Court that all matters in controversy had been compromised and settled, and an agreement had been reached by and between all parties that a Take-Nothing Judgment should be entered, and the Court, having read the pleadings and having duly considered the agreements entered hereto by and between all parties, is of the opinion that Judgment should be entered in conformity with such agreement;

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiffs **FERNANDO PALOMARES AND DIANE PALOMARES** take nothing of and from Defendants **RICHARD LEE ROZAS AND TANNER SERVICES, LLC** by reason of this suit brought by said Plaintiffs against said Defendants.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the costs of Court be adjudged against the party incurring such costs.

SIGNED on this the 27th day of June, 2018.

_____
JUDGE PRESIDING
Xavier Rodriguez
United States District Judge